Henry Rokicki, Minor, by Joseph Rokicki, His Father and Next Friend, Appellant,. v. Polish National Alliance of United States of North America, Appellee.

Gen. No. 41,848.

Heard in third division, first district, this court at October term, 1941; opinion filed April 8, 1942. Thaddeus C. Toudor and Irving L. Lansing, for appellant; Hinshaw

& Culbertson, for appellee; Oswell G. Treadway and Raymond L. McClory, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."